JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ESTATE OF RAUL DANIEL CASTILLO RAZO, et al., | Case No.: 2:11-cv-03471-MMM-PLAx |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |
| vs. | |
| CITY OF LOS ANGELES, a municipality; CHIEF CHARLIE BECK, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREFORE,** a stipulation has been entered into by and between all the parties to dismiss this entire action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1); and

**WHEREFORE,** the parties stipulated to waive any right to seek any costs and/or attorneys' fees with the prosecution or defense of this entire action.

1  **GOOD CAUSE EXISTING THEREFORE, IT IS HEREBY ORDERED that:**

2      1.    This action be dismissed with prejudice entirely; and

3      2.    The parties are ordered to bear their own costs and/or fees associated with this action.

5  **IT IS SO ORDERED.**

6  Dated: May 11, 2012

*/s/ Margaret M. Morrow*

The Hon. Margaret M. Morrow
Judge, United States District Court